**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>    Plaintiff,<br><br>        v.<br><br>**ARCH COAL, INC., et al.,**<br><br>    Defendants. | Civil Action No. 04-0534 (JDB) |
| **STATE OF MISSOURI, et al.,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**ARCH COAL, INC., et al.,**<br><br>    Defendants. | Civil Action No. 04-0535 (JDB)<br>(Consolidated Cases) |

**ORDER**

Pursuant to the status conference held on May 10, 2004, and upon consideration of the entire record herein, it is this __11th__ day of May, 2004, hereby ORDERED that:

1. Post-hearing briefs shall be filed five (5) days following the close of evidence in the preliminary injunction hearing, and replies shall be filed two business days thereafter. Closing arguments will be scheduled approximately two (2) weeks following the close of the evidentiary hearing. Precise dates and deadlines shall be set at a later time;

2. A pre-hearing conference is scheduled for June 15, 2004, at 12:00 p.m.; and

3. A status conference is scheduled for May 28, 2004, at 9:15 a.m.


                                               /s/  John D. Bates
                                               JOHN D. BATES
                                        United States District Judge


Copies to:

Rhett Rudolph Krulla,
FEDERAL TRADE COMMISSION
Bureau of Competition
601 Pennsylvania Avenue, NW
Room 6 109
Washington, DC 20580
(202) 326-2608
Fax : (202) 326-2071
Email: rkrulla@ftc.gov

Marc I. Alvarez
FEDERAL TRADE COMMISSION
601 New Jersey Avenue, NW
Washington, DC 20001
(202) 326-3662
Fax : (202) 326-2071
Email: malvarez@ftc.gov
                *Counsel for plaintiff Federal Trade Commission*

Anne E. Schneider
OFFICE OF THE ATTORNEY GENERAL
STATE OF MISSOURI
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8455

Fax : (573) 751-7948
Email: anne.schneider@ago.mo.gov
    *Counsel for plaintiff States and State of Missouri*

Bradford J. Phelps
OFFICE OF THE ATTORNEY GENERAL
323 Center Street
Little Rock, AR 72201
(501)682-3625
Fax : (501)682-8118
Email: bradford.phelps@ag.state.ar.us
    *Counsel for plaintiff State of Arkansas*

Karl R. Hansen
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 South West 10th Street
Second Floor
Topeka, KS 66612
(785)368-8447
Fax : (785)291-3699
Email: hansenk@ksag.org
    *Counsel for plaintiff State of Kansas*

Robert W. Pratt
ILLINOIS OFFICE OF THE ATTORNEY GENERAL
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312) 814-3722
Fax : (312) 814-1154
Email: rpratt@atg.state.il.us
    *Counsel for plaintiff State of Illinois*

Thomas J. Miller
IOWA DEPARTMENT OF JUSTICE
Hoover State Office Building
1305 East Walnut Street
Des Moines, IA 50319
(515) 281-7054

Layne M. Lindebak
IOWA DEPARTMENT OF JUSTICE
East 13th and Walnut
Second Floor, Hoover Building

Des Moines, IA 50319
(515) 281-7054
Fax : (515) 281-4902
Email: llindeb@ag.state.ia.us
    *Counsel for plaintiff State of Iowa*

Rebecca Fisher
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
300 West 15th Street
9th Floor
Austin, TX 78701
(512) 463-1265
Fax : (512) 320-0975
Email: rf@oag.state.tx.us
    *Counsel for plaintiff State of Texas*

James Douglas Baldridge
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-7387
Fax : (202) 383-6610
Email: baldridged@howrey.com
    *Counsel for defendant Arch Coal, Inc.*

Charles Edward Bachman
O'MELVENY & MYERS, LLP
Times Square Tower
7 Time Square
New York, NY 10036
(212) 408-2421
Fax : (212) 326-2061
Email: cbachman@omm.com

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5380
Fax : (202) 383-5414
Email: rparker@omm.com
    *Counsel for defendants New Vulcan Coal Holdings, LLC and Triton Coal*
    *Company, LLC*

Kenneth George Starling
PIPER RUDNICK LLP
1200 19th Street, NW
Washington, DC 20036
(202) 861-3830
Fax : (202) 689-7620
Email: kenneth.starling@piperrudnick.com
   *Counsel for movant Peter Kiewit Sons, Inc.*