UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,          )<br>               )<br>     Plaintiff,          )<br>               )<br>v.               )<br>               )<br>ARCH COAL, INC., *et al.*,          )<br>               )<br>     Defendants.          )<br>               )<br>               ) | Case Number 1:04CV00534 (JDB) |

ORDER TO MODIFY THE SCHEDULING ORDER

This matter comes before the Court on the Stipulated Motion to Modify the Scheduling Order. The parties by the undersigned counsel have stipulated to the following schedule changes, and after reviewing the Motion,

IT IS ORDERED THAT:

(i) The date by which Defendants are required to file their opposition to the Plaintiffs' preliminary injunction motion will be extended from May 21, 2004 to May 24, 2004.

(ii) The date by which the Plaintiffs are required to file their reply will be extended from June 7, 2004 to June 11, 2004.

So Ordered, this ___ day of May, 2004.

_____
Judge Bates U.S.D.J.

## ATTORNEYS ENTITLED TO NOTICE

James F. Rill
Wm. Bradford Reynolds
Roxann E. Henry
Stephen Weissman
J. Douglas Baldridge
HOWREY SIMON ARNOLD &
WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Richard G. Parker
Michael E. Antalics
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006

Charles E. Bachman
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Rhett R. Krulla
Federal Trade Commission
601 New Jersey Ave., N.W.
Room 6109
Washington, D.C. 20580

Anne E. Schneider
Antitrust Counsel
P.O. Box 899
Jefferson City, MO 65102

Bradford J. Phelps
Assistant Attorney General
Office of the Attorney General
323 Center St.
Little Rock, AR 72201

Karl R. Hansen
Assistant Attorney General
Office of the Attorney General
120 S.W. 10th Street, 2nd Floor
Topeka, Kansas 66612

Robert W. Pratt
Chief, Antitrust Bureau
Office of the Attorney General
100 W. Randolph Street
Chicago, Illinois 60601

Thomas J. Miller
Attorney General
Iowa Department of Justice
1305 East Walnut Street
Des Moines, Iowa 50319

Rebecca Fisher
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548