UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.  04-0534 (JDB)** |
| **ARCH COAL, INC., et al.,** | |
| **Defendants.** | |
| **STATE OF MISSOURI, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No.  04-0535 (JDB)** |
| **ARCH COAL, INC., et al.,** | **(Consolidated Cases)** |
| **Defendants.** | |

## ORDER

Upon consideration of the motions for preliminary injunction filed in these consolidated cases by plaintiffs Federal Trade Commission ("FTC") and the States of Missouri, Arkansas, Kansas, Illinois, Iowa, and Texas ("States") (together "plaintiffs") against the merger proposed by defendants Arch Coal, Inc., New Vulcan Holdings Co., LLC, and Triton Coal Co., LLC ("defendants"), the evidence and argument in support and in opposition submitted to the Court through briefing and at the evidentiary hearing in this matter, which commenced on June 21, 2004, and the entire record herein, and upon consideration of the renewed motion of defendants to

consolidate the preliminary and permanent injunction proceedings, it is this  13th  day of August,

2004, for the reasons stated in the Court's Memorandum Opinion issued on this date, hereby

      ORDERED that plaintiffs' request for a preliminary injunction is DENIED; and it is

further

      ORDERED that defendants' motion to consolidate the preliminary and permanent

injunction proceedings, renewed by defendants at the close of the hearing on July 7, 2004, is

DENIED.

 

                           /s/  John D. Bates
                             JOHN D. BATES
                  United States District Judge

Copies to:

Rhett Rudolph Krulla,
FEDERAL TRADE COMMISSION
Bureau of Competition
601 Pennsylvania Avenue, NW
Room 6 109
Washington, DC 20580
(202) 326-2608
Fax : (202) 326-2071
Email: rkrulla@ftc.gov

Marc I. Alvarez
FEDERAL TRADE COMMISSION
601 New Jersey Avenue, NW
Washington, DC 20001
(202) 326-3662
Fax : (202) 326-2071
Email: malvarez@ftc.gov
         *Counsel for plaintiff Federal Trade Commission*

Anne E. Schneider
OFFICE OF THE ATTORNEY GENERAL
STATE OF MISSOURI
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8455
Fax : (573) 751-7948
Email: anne.schneider@ago.mo.gov
         *Counsel for plaintiff States and State of Missouri*

Bradford J. Phelps
OFFICE OF THE ATTORNEY GENERAL
323 Center Street
Little Rock, AR 72201
(501)682-3625
Fax : (501)682-8118
Email: bradford.phelps@ag.state.ar.us
         *Counsel for plaintiff State of Arkansas*

Karl R. Hansen
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 South West 10th Street
Second Floor

Topeka, KS 66612
(785)368-8447
Fax : (785)291-3699
Email: hansenk@ksag.org
   *Counsel for plaintiff State of Kansas*

Robert W. Pratt
ILLINOIS OFFICE OF THE ATTORNEY GENERAL
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312) 814-3722
Fax : (312) 814-1154
Email: rpratt@atg.state.il.us
   *Counsel for plaintiff State of Illinois*

Thomas J. Miller
IOWA DEPARTMENT OF JUSTICE
Hoover State Office Building
1305 East Walnut Street
Des Moines, IA 50319
(515) 281-7054

Layne M. Lindebak
IOWA DEPARTMENT OF JUSTICE
East 13th and Walnut
Second Floor, Hoover Building
Des Moines, IA 50319
(515) 281-7054
Fax : (515) 281-4902
Email: llindeb@ag.state.ia.us
   *Counsel for plaintiff State of Iowa*

Rebecca Fisher
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
300 West 15th Street
9th Floor
Austin, TX 78701
(512) 463-1265
Fax : (512) 320-0975
Email: rf@oag.state.tx.us
   *Counsel for plaintiff State of Texas*

Stephen Weissman
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-7450
Fax : (202)383-6610
Email: weissmans@howrey.com

William Bradford Reynolds
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2420
(202) 383-6912
Fax : (202) 383-6610
Email: reynolds@howrey.com
        *Counsel for defendant Arch Coal, Inc.*

Charles Edward Bachman
O'MELVENY & MYERS, LLP
Times Square Tower
7 Time Square
New York, NY 10036
(212) 408-2421
Fax : (212) 326-2061
Email: cbachman@omm.com

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5380
Fax : (202) 383-5414
Email: rparker@omm.com
        *Counsel for defendants New Vulcan Coal Holdings, LLC and Triton Coal
        Company, LLC*

Kenneth George Starling
PIPER RUDNICK LLP
1200 19th Street, NW
Washington, DC 20036
(202) 861-3830
Fax : (202) 689-7620
Email: kenneth.starling@piperrudnick.com
        *Counsel for movant Peter Kiewit Sons, Inc.*